FILED
CLERK, U.S. DISTRICT COURT
FEB 21 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,    )   Case No.: 08-389
                             )
            Plaintiff,       )
                             )
      vs.                    )   ORDER OF DETENTION AFTER HEARING
                             )   [Fed.R.Crim.P. 32.1(a)(6);
_Gabriel Gomez_              )   18 U.S.C. 3143(a)]
                             )
            Defendant.       )
_____)

   The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _S.D.Cal._ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

   The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

   The Court finds that:

A.  (✓)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _nature of offense re violation of release conditions_

and/or

B. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: Prior criminal record; substance abuse

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 2/21/08

*[signature]*
UNITES STATES MAGISTRATE JUDGE